1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for SOLEDAD DELACRUZ YBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05 CR 00137 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING, AND ORDER THEREON |
| vs. | ) | |
| SOLEDAD DELACRUZ YBARRA, | ) | DATE: August 13, 2007<br>TIME: 9:00 AM |
| Defendant. | ) | DEPT: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the change of plea hearing presently scheduled before the Hon Anthony W. Ishii for August 13, 2007 at the hour of 9:00 AM be continued to August 27, 2007 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: August 10, 2007.         McGREGOR SCOTT, United States Attorney

                                By: /s/ Mark Joseph McKeon
                                MARK JOSEPH McKEON, Assistant U.S. Attorney
                                Attorney for Plaintiff

Dated: August 10, 2007.
                                /s/ Daniel A. Bacon
                                DANIEL A. BACON,
                                Attorney for Defendant Soledad DeLaCruz Ybarra

1 ORDER

2        IT SO ORDERED.  Time is excluded in the interests of justice pursuant to
3 18 U.S.C. Section 3161 (h)(8)(B)(iv).

4

5 IT IS SO ORDERED.

6 **Dated:**   **August 10, 2007**                        /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28